AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| R Byron Hord and Curtis Scoon<br><br>*Plaintiff(s)*<br><br>v.<br><br>Curtis Jackson, G-Unit Films and Television, Starz Entertainment, CBS Television, "John Doe entities" 1-10 and "John Does" 1-10<br><br>*Defendant(s)* | Civil Action No. 1:16-cv-07494 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Curtis Jackson
1325 Avenue of the Americas
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Keith White, PLLC
198A Rogers Avenue
Brooklyn, NY 11225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*